UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

Carlos Vila,

                         Plaintiff(s),

         -against-

Hearst Magazines, Inc.,
                         Defendant(s).

-------------------------------------x

25 CV 8928

**ORDER OF CONFERENCE**

LORETTA A. PRESKA, Senior United States District Judge:

        It is hereby

        ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on April 6, 2026 at 12:30 pm for an Initial Pretrial Conference in the above action.


SO ORDERED.

                                        _____
                                        LORETTA A. PRESKA,

                                        Senior U.S.D.J.


Dated: 3/23/26

New York, New York