**HEARST**

**Office of**
**General Counsel**

Eve Burton
**Executive Vice President**
**Chief Legal Officer**

Jonathan R. Donnellan
Mark C. Redman
**Senior Vice President**
**Co-General Counsel**

Ravi V. Sitwala
Jack Spizz
**Vice President**
**Deputy General Counsel**

Monika Jedrzejowska
Maureen Walsh Sheehan
Jennifer G. Tancredi
**Associate General Counsel**

Travis P. Davis
Suzanne Peters
**Assistant General Counsel**

Catherine A. Bostron
**Corporate Secretary**

Sultan Barazi
Nathaniel S. Boyer
Andrea Butler
Michael A. Canencia
Vincent Floyd*
Kerry A. Flynn
Matthew Greenfield
Kristen Hauser
Diego Ibargüen
Sarah S. Park
Andrea S. Ryken
Eva M. Saketkoo
Jennifer Schanes
Stephen H. Yuhan
**Senior Counsel**

Caitlin Baranowski
Liddy Barrow*
David Brioso
Emily Nicole Catron
Roberto Concepción, Jr.
Howard Davis
Ignacio Diaz*
Christine Gartland
Serena Hopkins*
Joshua Kaye*
Catherine Lane
Kate Mayer
Adam Plotkin
Nadia Remizova*
Christina Robinson
Nina Shah
Lucy Silver
Arianna Thompson
Federica Tigani*
Jim Zeng*
**Counsel**

* **Not admitted or resident in NY**

The conference is adjourned to April 30, 2026 at 10:30 AM.

**SO ORDERED.**

_Loretta A. Preska_
_____
Loretta A. Preska
United States District Judge

April 1, 2026

March 27, 2026

**VIA CM/ECF**

Hon. Loretta A. Preska
U.S.D.J., S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

**Re:**   ***Vila v. Hearst Communications, Inc.,***
          **No. 1:25-cv-08928-LAP (S.D.N.Y.)**

Judge Preska,

      We represent Defendant Hearst Magazines, Inc. in the above-referenced matter.  We respectfully request that the Initial Pretrial Conference currently scheduled for April 6, 2026 at 12:30 p.m. be adjourned, as counsel for Defendant will be out of the country on vacation on that date.[1]  This is Defendant's first request for an extension of this conference.  Counsel for Plaintiff Vila consents to this request.

      Respectfully submitted,

/s/ Nathaniel S. Boyer
Nathaniel S. Boyer

**SO ORDERED:**

Copy to:
    All counsel of record
    by CM/ECF

_____
Loretta A. Preska, U.S.D.J.

---

[1]    Counsel for Defendant is unavailable on the following dates in April and May, and respectfully requests that the Initial Pretrial Conference not be rescheduled for these dates: April 3-8; April 15; May 18; May 20; and May 26.

300 West 57th Street
New York, NY 10019
T 212.649.2030
Nathaniel.Boyer@hearst.com