

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

April 23, 2026

***Via ECF***
Hon. Loretta A. Preska
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007

   Re: *Carlos Vila v. Hearst Communications, Inc.*
     Docket No: 1:25-cv-08928-LAP

Dear Judge Preska:

  We are the attorneys for plaintiff Carlos Vila ("*Plaintiff*") in the above referenced matter and write pursuant to Rule 1.A of Your Honor's Individual Practice Rules, with the consent of defendant Hearst Communications Inc. ("*Defendant*") to respectfully request to appear remotely for the Initial Conference, currently scheduled to be conducted in person on April 30, 2025, at 10:30 am. [*See Order, Dkt 20, entered April 1, 2026*].

  As good cause, the Plaintiff states that neither party intends to present evidence at the conference and that the parties can adequately advocate their respective interests remotely. Further, Plaintiff respectfully submits that a remote appearance would limit the fees and expenses that would otherwise be incurred should a physical appearance be required for this conference, avoiding raising the expense of the case and permitting more resources to be expended towards settlement discussions, which the parties are continuously deliberating.

  Thank you for your consideration of this request. We look forward to further instruction from Your Honor.



Respectfully submitted,

/s *Dina Nouhian*
Dina Nouhian

**SO ORDERED.** The parties shall email chambers by April 29, 2026 at noon to provide their email addresses for a Microsoft Teams invitation.

_____
Loretta A. Preska
United States District Judge

April 28, 2026