UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS VILA,

                    Plaintiff,

-against-

HEARST MAGAZINES, INC.,

                    Defendant.

No. 25-CV-8928(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a settlement conference on Wednesday, May 27, 2026 at 2:00 PM in Courtroom 12A.

**SO ORDERED.**

Dated:    April 30, 2026
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge