UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS VILA

                    Plaintiff,

                                        25-CV-8928 (LAP)
-against-

HEARST COMMUNICATIONS, INC.,            ORDER
and HEARST MAGAZINES, INC.

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the parties' May 19, 2026 notice advising that the parties have reached a settlement in principle and intend to submit a stipulation of voluntary dismissal with prejudice.  The case shall be stayed and all deadlines held in abeyance pending finalization of the settlement.  If a stipulation of dismissal is not filed, the parties shall provide a status update to the Court by letter within 45 days.

**SO ORDERED.**

Dated:    New York, New York
          May 26, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge